Hillsborough,
Oct. 5, 1948. } No. 3755.

EFTHIMOS TODIS, *Ap'ee v.* JOSEPH S. PERKINS, *Ap't.*

*Maurice A. Broderick*, for the plaintiff.

*William G. McCarthy*, for the defendant.

PER CURIAM. The order that the landlord was entitled to possession for non-payment of the rent was correct. It could not reasonably be found that the parties intended that the giving of the first appeal bond should operate as payment of the rent and so discharge the obligation. One of the purposes of the bond was to secure the payment of rent due and to become due pending the suit. R. L., *c.* 413, *s.* 25.

*Exception overruled.*